**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01049-REB-MJW

BOBBIE JO STEWART,
DONALD WARD STEVENSON, and
BRANDIE LOUISE HOGLAND, heirs of decedent Terry M. Earls also known as Terry Draper,

    Plaintiffs,

v.

ANHEUSER BUSCH, INC.,
SWIFT TRANSPORTATION COMPANY, Earls/Draper Employer, and
JOHN and JANE DOES 1-5,

    Defendants.

---

## MINUTE ORDER[1]

---

The matters comes before the court *sua sponte* on the court's **Order to Show Cause** [#19], entered June 22, 2007.  There being no response filed by plaintiff's attorney, Douglas L. Neely, the court finds that the order to show cause should be made absolute and that Mr. Douglas L. Neely should be stricken as counsel of record for the plaintiffs.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the court's **Order To Show Cause** [#19], entered June 22, 2007, **IS MADE ABSOLUTE**; and

    2.  That Douglas L. Neely **IS STRICKEN** as counsel of record for the plaintiffs.

Dated July 6, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.