IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01049-REB-MJW

BOBBIE JO STEWART, et al.,

Plaintiffs,

v.

ANHEUSER BUSCH, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion by John R. Trigg to be Excused from July 19, 2007 Scheduling/Planning Conference, filed with the Court on July 12, 2007, DN 25, is GRANTED.  However, co-counsel shall have Mr. Trigg's calendar available at the Scheduling Conference to ensure his presence for future hearings.

Date: July 17, 2007