**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01049-REB-MJW

BOBBIE JO STEWART,
DONALD WARD STEVENSON, and
BRANDIE LOUISE HOGLAND, heirs of decedent Terry M. Earls also known as Terry
Draper,

      Plaintiffs,

v.

ANHEUSER BUSCH, INC.,
SWIFT TRANSPORTATION COMPANY, Earls/Draper Employer, and
JOHN and JANE DOES 1-5,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation That This**

**Action Be Dismissed For Failure To Prosecute, Failure To Appear as Directed,**

**and Failure To Comply With a Court Order** [#30], filed July 20, 2007.  No objections

having been filed to the recommendation within the time permitted by law, I review it

only for plain error.  *See **Morales-Fernandez v. Immigration & Naturalization***

***Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate

judge's recommended disposition, I find and conclude that the recommendation should

---

[1]This standard pertains even though plaintiffs are proceeding *pro se*.  ***Morales-Fernandez***, 418
F.3d at 1122.

be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation That This Action Be Dismissed For Failure To Prosecute, Failure To Appear as Directed, and Failure To Comply With a Court Order** [#30], filed July 20, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

2.  That this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 16(f) and 41(b) for plaintiffs' failure to prosecute, failure to appear, and failure to comply with a court order.

Dated August 23, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2